

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:25cr76 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 2 |
| JULIAN SGIERS and | ) | 18 U.S.C. § 922(g)(1) |
| TRISTYN ALEXANDRIA SAMPSON | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about November 16, 2024, in the Northern District of Indiana,

**JULIAN SGIERS
and
TRISTYN ALEXANDRIA SAMPSON,**

defendants herein, in connection with the acquisition of a firearm from FFL-1, who is a licensed dealer of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to FFL-1, which statement was intended and likely to deceive FFL-1 with respect to a fact material to the lawfulness of the sale of such firearms, in that TRISTYN ALEXANDRIA SAMPSON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual

purchaser of the firearms, whereas in truth and in fact, she well knew she was purchasing said firearms for another person;

In violation of Title 18, United States Code, Sections 2 and 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about November 16, 2024, in the Northern District of Indiana,

**JULIAN SGIERS,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, and the firearms were in and affecting commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

/s/ Foreperson
FOREPERSON

M. SCOTT PROCTOR
Acting United States Attorney

By:   /s/ David J. Nozick
      DAVID J. NOZICK
      Assistant United States Attorney

By:   /s/ Joel Mathur
      JOEL MATHUR
      Assistant United States Attorney